
**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HONGXIN LIU; SHENGYANG LI, | No.    18-71424 |
| Petitioners, | Agency Nos.    A206-659-444 |
| v. | A206-659-445 |
| WILLIAM P. BARR, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 6, 2020**

Before: SCHROEDER, HAWKINS, and GRABER, Circuit Judges.

Petitioners Hongxin Liu and Shenyang Li petition for review of the Board of

Immigration Appeal's (BIA) order dismissing the immigration judge's (IJ's) denial

of their applications for asylum, withholding of removal, and protection under the

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

Convention Against Torture (CAT).  We have jurisdiction under 8 U.S.C. § 1252, and we deny the petition.

The IJ and BIA did not err in concluding that Petitioners failed to establish eligibility for asylum or withholding, because substantial evidence supports the IJ's adverse credibility determination.  Petitioners often contradicted each other on events that were central to their applications for asylum and withholding.  For example, Liu and Li testified inconsistently about whether Li was at their home when Liu was removed by state officials, and about whether they visited their young son after they went into hiding.  The record therefore does not compel a finding that Petitioners are credible.

The IJ also concluded that Petitioners were not eligible for relief under CAT, and Petitioners have not challenged that determination.  Petitioners have therefore waived their CAT claim.  *See Cruz v. Int'l Collection Corp.*, 673 F.3d 991, 998 (9th Cir. 2012)  ("We review only issues which are argued specifically and distinctly in a party's opening brief." (internal quotation marks omitted)).

**PETITION DENIED.**